

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2021

No. 04-21-00247-CV

**IN THE INTEREST OF K.J.S., A CHILD,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00534
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due June 22, 2021, but was not filed. On June 23, 2021, the court reporter filed a notification of late record, requesting an extension until July 6, 2021 to file the record. After consideration, we **GRANT** the request and **ORDER** the court reporter to file the record **by July 6, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court